UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN R. F.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2]<br><br>    Defendant. | Case No. EDCV 20-2567 JLS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, the parties' Joint Stipulation, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for the "Commissioner of Social Security Administration," whom Plaintiff named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

IT IS ORDERED that Judgment shall be entered AFFIRMING the decision of the Acting Commissioner and DISMISSING this action with prejudice.'

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 20, 2022

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE